IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| COBY PACE | § | |
| | § | |
| V. | § | NO. 1:04-CV-88 |
| | § | |
| KENNETH L. CROSS, | § | |
| ARROW TRUCKING CO., INC. | § | |

**ORDER DENYING DEFENDANTS' MOTION
TO STRIKE PLAINTIFF'S EXPERTS**

Before the court is defendants' objections to and motion to strike plaintiff's experts. Parties have obtained continuances of several deadlines from the court; the mediation deadline has been continued four times, and the court recently issued an amendment to the existing scheduling order that establishes September 15, 2005 as the deadline for mediation. In light of these new deadlines, it is

**ORDERED** that defendants' motion to strike plaintiff's experts (Docket No. 37) is **DENIED** without prejudice to reassertion after completion of mediation on September 15, 2005.

SIGNED this 13th day of May, 2005.

_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE